THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| VIEW APARTMENTS, LP, § | |
| § | |
| PLAINTIFF, § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:17-CV-990-SS |
| § | |
| ZURICH AMERICAN INSURANCE § | |
| COMPANY, § | |
| § | |
| DEFENDANT. § | |

**JOINT NOTICE OF SETTLEMENT AND REQUEST TO ADMINISTRATIVELY CLOSE THE CASE AND STAY ALL PENDING DEADLINES**

COME NOW, Plaintiff, VIEW APARTMENTS, LP, and Defendant, ZURICH AMERICAN INSURANCE COMPANY (collectively the "Parties") by and through their undersigned counsel, and hereby file their Joint Notice of Settlement and Request to Administratively Close the Case and Stay all Pending Deadlines in the litigation and state as follows:

1. Plaintiff and Defendant have reached a settlement in principle and are finalizing the terms of that settlement. The Parties therefore request that the case be administratively closed and that all remaining deadlines in the case be stayed.

2. The Parties anticipate they will be able to provide final dismissal documents in the next 45 days.

WHEREFORE, PREMISES CONSIDERED, the Parties jointly file this Joint Notice of Settlement and Request to Administratively Close the Case and Stay all Pending Deadlines in the litigation.

Respectfully submitted,

**THE BUKOWSKI LAW FIRM, P.C.**
1601 Rio Grande, Ste. 300A
Austin, TX 78701
Telephone:  512/614-0335
Facsimile:  832/201-0822
sbukowski@bukowskilawfirm.com


By:   */s/ Sean Bukowski*

Sean Bukowski
State Bar No. 24031896

**ATTORNEY FOR PLAINTIFF**

AND

**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, Texas 75202-3975
Phone: (214) 742-3000
Fax: (214) 760-8994
bwallingford@zelle.com
lbruning@zelle.com

By:   */s/ Brett A. Wallingford*

Brett A. Wallingford
State Bar No. 00797618
Lindsey P. Bruning
State Bar No. 24064967

**ATTORNEYS FOR DEFENDANT ZURICH AMERICAN INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

On this 7th day of September 2018, I served a true and correct copy of the foregoing instrument upon all known counsel of record via electronic filing as follows:

>Sean Bukowski
>State Bar No. 24031896
>sbukowski@bukowskilawfirm.com
>**THE BUKOWSKI LAW FIRM, P.C.**
>1601 Rio Grande, Ste. 300A
>Austin, TX 78701
>Telephone:  512/614-0335
>Facsimile:  832/201-0822

*/s/ Brett A. Wallingford*
Brett A. Wallingford
