THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2019 JAN 23 PM 2: 36

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

| | | |
|---|---|---|
| VIEW APARTMENTS, LP, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:17-CV-990-SS |
| | § | |
| ZURICH AMERICAN INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| DEFENDANT. | § | |

## ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiff and Defendant move to dismiss this action with prejudice, with each party bearing its own costs. After considering the Motion, this Court is of the opinion that the Motion should be, in all things, **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff and Defendant's Agreed Motion to Dismiss with Prejudice in its entirety is hereby **GRANTED AND THAT ANY AND ALL CLAIMS THAT WERE ASSERTED BY EITHER PARTY AGAINST THE OTHER ARE DISMISSED WITH PREJUDICE.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all attorneys' fees will be paid by the party incurring the same and that all costs of Court shall be taxed to the party incurring the same.

SIGNED this _23rd_ day of ____January____ 2019.

_____
JUDGE PRESIDING

AGREED AS TO FORM:

By:    /s/  Sean Bukowski
    Sean Bukowski
    State Bar No. 24031896
    sbukowski@bukowskilawfirm.com
    **THE BUKOWSKI LAW FIRM, P.C.**
    1601 Rio Grande, Ste. 300A
    Austin, TX 78701
    Telephone:  512/614-0335
    Facsimile:  832/201-0822

    **ATTORNEY FOR PLAINTIFF**

- and-

By:    /s/ Brett A. Wallingford
    Brett A. Wallingford
    Texas Bar No. 00797618
    Bwallingford@zelle.com
    **ZELLE LLP**
    901 Main Street, Suite 4000
    Dallas, TX  75202-3975
    Telephone: (214) 742-3000
    Facsimile: (214) 760-8994

    **ATTORNEY FOR DEFENDANT**